out costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SOL GOLDBERG, Respondent, v. MODERN SILVER LINEN SUPPLY CO., INC., Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JOHN J. DRISCOLL, in Behalf of Himself Individually and as Stockholder and Creditor and All Other Stockholders and Creditors of ZENITH ELECTRONICS & MACHINE CO., INC., Respondent, v. DAVID E. WOLFORD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

OSWALDO MAZZEI, Appellant, v. JOSEPH CANTALES, Respondent. (Action No. 1.) JOSEPH CANTALES, Respondent, v. OSWALDO MAZZEI et al., Appellants. (Action No. 2.) — Order affirmed, with $20 costs and disbursements. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn and Shientag, JJ., dissent and vote to reverse and grant the motion for a joint trial. No opinion.

THERESA BEHRENS, Respondent, v. SOLOMON B. BEHRENS, Appellant.— Order denying defendant's motion for a jury trial unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THERESA BEHRENS, Respondent, v. SOLOMON B. BEHRENS, Appellant.— Order entered March 18, 1948, granting in part defendant's motion to vacate or modify plaintiff's notice of examination before trial, unanimously modified by deleting from the notice of examination before trial the words "and all other relevant and pertinent facts concerning the within suit", and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Appeal from order entered March 18, 1948, granting in part defendant's motion to quash subpœna duces tecum served on defendant in connection with the notice of examination before trial, unanimously dismissed. No opinion. Settle orders on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of DONATO SETTEDUCATI, an Incompetent Person. CONTINENTAL CASUALTY COMPANY, Appellant; PASQUALE SETTEDUCATO, as Substituted Committee, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SOPHIE BUCHSBAUM, Appellant, v. JULIUS BUCHSBAUM, Respondent.— Judgment, insofar as it awards defendant a separation on his counterclaim, unanimously reversed and the counterclaim dismissed; judgment otherwise affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See 274 App. Div. 783.]

In the Matter of the Accounting of RUTH BARNETT, as Administratrix of the Estate of JAMES J. BURKE, Deceased, Respondent. JOHN J. DWYER, Appellant; PATRICK BURKE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See ante, p. 960.]

ANGELA RAVAUD v. JEAN RAVAUD.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J. Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 507.]